In the Matter of the Application of CLARK H. HAMMOND, as Corporation Counsel of the City of Buffalo, Appellant, for a Peremptory Writ of Mandamus against GEORGE A. RICKER et al., Constituting the Municipal Civil Service Commission of the City of Buffalo, et al., Respondents.

*Matter of Hammond* v. *Ricker*, 140 App. Div. 19, affirmed.
(Argued November 21, 1910; decided December 6, 1910.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1910, which reversed an order of Special Term granting a motion for a peremptory writ of mandamus to compel the defendants to reclassify the position of stenographer in the department of law in the city of Buffalo by placing it in the exempt class.

*Clark H. Hammond* and *Harry D. Sanders* for appellant.

*Adelbert Moot, John W. Ryan* and *Ansley Wilcox* for respondents.

Order affirmed, with costs, on the ground that the state board of civil service commissioners was a necessary party to a proceeding to compel a reclassification under the Civil Service Law, without passing on the merits; no opinion.

Concur: CULLEN, Ch. J., HAIGHT, WERNER, HISCOCK and COLLIN, JJ.   Absent: GRAY, J.